# United States Court of Appeals

District of Columbia Circuit
Washington, D.C. 20001-2866

Mark J. Langer
Clerk                                                                                              (202) 216-7300

Dear Counsel:

    The court's policy on the use of acronyms is stated in the Circuit's <u>Handbook of Practice and Procedures</u>, § IX.A.8(d), and the public notice issued January 26, 2010, which is posted on the court's web site. Parties are expected to limit the use of acronyms and to avoid using acronyms that are not widely known.

    Upon review of the brief(s) recently filed in this case, the Clerk's Office has found that the text contains numerous acronyms and other abbreviations. Therefore, you are advised to reexamine the brief(s) to ensure conformity with the court's policy. Within 7 days of the docketing of this letter, you may submit a revised brief that eliminates any uncommon acronyms used in the previously filed brief. The word limit governing the previously filed brief also applies to the revised brief. For any briefs yet to be filed, the current schedule remains in effect.

    Failure to comply with the court's policy may result in an order directing the submission of a conforming brief. <u>See, e.g.</u>, <u>CSX Transp., Inc. v. Surface Transp. Board</u>, No. 13-1230 (D.C. Cir. Mar. 25, 2014) (ordering briefs that eliminate uncommon acronyms used in previously filed final briefs, due Mar. 28, 2014); <u>Illinois Public Telecomms. Ass'n v. FCC</u>, No. 13-1059 (D.C. Cir. Mar. 25, 2014) (ordering briefs that eliminate uncommon acronyms used in previously filed final briefs, due Mar. 27, 2014).

    If you have any questions concerning this letter, please call Nancy Dunn, Deputy Special Counsel to the Clerk, at (202) 216-7313.

                                                Sincerely,

                                               /s/

                                               Mark J. Langer, Clerk